UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 20 CR 781-1 |
| v. ) | |
| ) | Hon. Manish S. Shah |
| ALEESHA McDOWELL, ) | |

## ORDER DIRECTING PROCEEDS SUBJECT TO FORFEITURE BE HELD IN ESCROW

THIS CAUSE coming before the Court upon the Government's Unopposed Motion for Entry of an Order Directing Proceeds Subject to Forfeiture Be Held in Escrow, it is hereby ORDERED and ADJUDGED that:

1. The government's motion is GRANTED.

2. In order to preserve the proceeds from the anticipated sale of real estate property located at 21336 Saddle Lane, Mokena, Illinois (the "Mokena Property"), whose legal description is set forth below, the net sale proceeds, after payment of certain verifiable costs, representing the interest of defendant ALEESHA McDOWELL, shall be maintained in an escrow account by the United States Marshals Service Seized Assets Deposit Fund as cash in lieu of the Mokena Property, pending further order of this Court. The Mokena Property's legal description is set forth below:

> LOT 14 IN COUNTRY POND ESTATES PHASE 2, A SUBDIVISION OF PART OF THE EAST ½ OF THE WEST ½ OF SECTION 19, TOWNSHIP 35 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN WILL COUNTY, ILLINOIS.
>
> PIN: 19-09-19-303-009-0000.

3. Defendant ALEESHA McDOWELL shall maintain the Mokena Property in good repair, pay all taxes, mortgage obligations, utilities, and any other expenses thereon when due, and will take no action that could encumber the Mokena Property or diminish her interests therein.

4. The United States shall provide an original release of *lis pendens* notice to the title company responsible for the closing of the sale of the Mokena Property with regard to any *lis pendens* notice that the government may have recorded against the Mokena Property.

5. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this Order.

*/s/ Manish S. Shah*
MANISH S. SHAH
United States District Judge

DATED: January 19, 2021